**Christopher J. DRESSER,**
**Plaintiff—Appellant**

v.

**OAKMONT INVESTMENT COMPANY, INCORPORATED; American Employers' Insurance Company; Commercial Union Insurance Company, Defendants—Appellees.**

No. 11–30590.

United States Court of Appeals,
Fifth Circuit.

May 7, 2012.

Mac J. Morgan, Law Office of J. Mac Morgan, New Orleans, LA, Julian R. Mur-

ray, Jr., Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P., Metairie, LA, for Plaintiff–Appellant.

Edward A. Rodrigue, Jr., Esq., Charles Archibald Boggs, Charles Krieg Chauvin, Attorney, Boggs, Loehn & Rodrigue, Metairie, LA, for Defendants–Appellees.

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

In this nearly fourteen-year-old case—which has now been appealed, in one context or another, to this court on four occasions—we affirm the district court's ruling that this action is barred by the doctrine of collateral estoppel and that none of the reasons to the contrary asserted by the appellant provide a substantial basis to undermine that holding.

Accordingly, the judgment of the district court is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.